# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jerry Lee Ross**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00596-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| J.D. Byrider Systems, Inc. | ) | |
| Smart Finance, Inc. | | |
| CNAC | | |
| Smart Auto, Inc.**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 8, 2016 Order.

June 8, 2016

_____
Frank G. Johns, Clerk
United States District Court